No. 73–6935. YOUAKIM ET AL. *v.* MILLER, DIRECTOR, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. Appeal from D. C. N. D. Ill. Motion of appellants for

leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 